AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

United States of America
v.
ORFORD FREEMAN

_Defendant_

)
)
)
)
)

Case No. 19-1961
UNDER SEAL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ___between August of 2018 and April of 2019___ in the county of ___Erie___ in the ___Western___ District of ___Pennsylvania___, the defendant violated ___18___ U. S. C. §§ ___371 and 2312___, an offense described as follows:

Count 1: 18 U.S.C. Section 371 (conspiracy) from in or around August of 2018 to April of 2019
Count 2: 18 U.S.C. Section 2312 (interstate transportation of stolen motor vehicles) August of 2018

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_Complainant's signature_

Chase A. Stephens, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___09/12/2019___

_Judge's signature_

City and state: ___Pittsburgh, PA___

Patricia L. Dodge, United States Magistrate Judge
_Printed name and title_